IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**COURTNEY MASON**                                                                                                    **PLAINTIFF**

v.                                         Case No. 2:22-CV-00151-LPR

**DAVID CARRUTH, individually and in**
**his official capacity**                                                                                           **DEFENDANT**

## JUDGMENT

Pursuant to today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that all of Ms. Mason's claims are DISMISSED without prejudice. Ms. Mason's federal claims are dismissed without prejudice for failing to state a claim upon which relief can be granted. Ms. Mason's state law claims are dismissed without prejudice because the Court declines to exercise supplemental jurisdiction over those claims.

IT IS SO ADJUDGED this 30th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE